UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

JUSTIN GOLDMAN,                                         :

                                :

              Plaintiff,                   :            25-CV-10137 (JAV)

                                :

     -v-                                              :                 ORDER

                                :

BMG RIGHTS MANAGEMENT (US) LLC, and         :
TOMMELIK WARD p/k/a ILYTOMMY.,                 :

                                :

             Defendants.                :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held yesterday, Defendant's

Motion to Stay Discovery is **DENIED**.  As stated during the conference, Plaintiff withdraws the

Motion for Default Judgment filed in the State Court Action.  *See* ECF No. 1, at 3, 16-18.  The

parties are directed to file a revised Case Management Plan by February 26, 2026.

      SO ORDERED.

Dated: February 20, 2026
      New York, New York                          _____
                                        JEANNETTE A. VARGAS
                                      United States District Judge